UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

VERIZON NORTH INC.;                              §
GTE SOUTHWEST INCORPORATED                       §
d/b/a VERIZON SOUTHWEST;                          §
VERIZON WIRELESS TEXAS, LLC                       §
d/b/a VERIZON WIRELESS;                           §
VERIZON TRADEMARK SERVICES LLC;                  §     Case No. 4:07-cv-996
and VERIZON LICENSING COMPANY,                    §
                                                  §
            Plaintiffs,                           §
                                                  §
      vs.                                         §
                                                  §
INTERNET REIT, INC. d/b/a IREIT, INC.;            §
and DOMAIN MARKETPLACE, INC.,                     §
                                                  §
            Defendants.                           §

## AGREED PERMANENT INJUNCTION
## AND FINAL JUDGMENT

It is hereby stipulated and agreed by and between VERIZON NORTH INC., GTE SOUTHWEST INCORPORATED d/b/a VERIZON SOUTHWEST, VERIZON WIRELESS TEXAS, LLC d/b/a VERIZON WIRELESS, VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY, (collectively "PLAINTIFFS"), and INTERNET REIT, INC. d/b/a IREIT, INC. ("DEFENDANT"), by and through their undersigned counsel, as follows:

1.      PLAINTIFFS own and/or license VERIZON, VERIZON WIRELESS, and FIOS as trade names, and trade and service marks (collectively, "PLAINTIFFS' MARKS").

2.      DEFENDANT, its officers, agents, servants, employees, DEFENDANT'S affiliates, and each of them collectively, and all persons in active concert or participation with them who receive actual notice of this Order, shall be, and hereby are, permanently enjoined from registering, trafficking in or using, as a registrant, with a bad faith intent to profit therefrom, any domain name that is identical or confusingly similar to PLAINTIFFS' MARKS.

-1-

3.    All relief not expressly granted herein is DENIED. Each party shall bear its own costs, expenses and attorney's fees.

4.    This is a Final Judgment.

Signed at Houston, Texas on the 23d day of December, 2007.

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2007

By /s/ David Steele
Howard A. Kroll
David J. Steele
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road
Suite 6000-North Tower
Newport Beach, CA 92660
Phone: 949.476.0757
Facsimile: 949.476.8640
Email: howard.kroll@cph.com

David C. Searle
State Bar No. 24041890
S.D. ID No. 37231
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
Phone: 713.229.1394
Facsimile: 713.229.7794
Email: david.searle@bakerbotts.com

ATTORNEYS FOR PLAINTIFFS:

VERIZON NORTH INC.;
GTE SOUTHWEST INCORPORATED
d/b/a VERIZON SOUTHWEST;
VERIZON WIRELESS TEXAS, LLC
d/b/a VERIZON WIRELESS;
VERIZON TRADEMARK SERVICES LLC; and
VERIZON LICENSING COMPANY

DATED: December 19, 2007

By /s/ Steve Borgman

Steven R. Borgman
State Bar No. 02670300
S.D. ID No. 9042
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Phone:  713.758.2002
Facsimile:  713.615.5758
Email:  sborgman@velaw.com

ATTORNEYS FOR DEFENDANT:

INTERNET REIT, INC. d/b/a IREIT, INC.

Houston 3476972v.1

-3-